**IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE CLERK OF US BANKRUPTCY COURT
NJ**TRENTON**

| | |
|---|---|
| **IN THE MATTER OF: HELT, CHRISTOPHER** | **BANKRUPTCY CASE NO. 1040602** |
| **SSN: ###-##-1330** | **POC AMOUNT: $24,308.75** |
| | **Claim #4** |

**NOTICE OF ASSIGNMENT OF CLAIM
AND
TRANSFEREE NOTICE OF TRANSFER
OF PAYMENTS**

Educational Credit Management Corporation (ECMC), the "Transferee", does hereby give notice to the Court that it has accepted assignment and transfer of the student loan(s) included in the claim for the above-referenced debtor from the GREAT LAKES HIGHER EDUCATION CORPORATION.

Please direct all future payments and correspondence as follows:

| **Correspondence:** | **Payments:** |
|---|---|
| ECMC | ECMC |
| PO Box 75906 | Lockbox 8682 |
| St. Paul, MN 55175 | P.O. Box 75848 |
| | St. Paul, MN 55175-0848 |

Pursuant to the attached Assignment from GREAT LAKES HIGHER EDUCATION CORPORATION, the Transferor, notification and hearing has been waived with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION

By: /s/  Sanders, Lillian                                            1/28/2011
ECMC Representative                                              Date


**GREAT LAKES**

Date: 12-17-2010

#BWNKPXF
                      CC

Rich Lentsch
ECMC
American Bank Building
101 East 5th Street Suite 2400
ST PAUL MN 55101


RE: Bankruptcy Transfers
    Batch: 2010-12-17-23.57.36.185499


Dear Rich Lentsch:

The Great Lakes Higher Education Guaranty Corporation hereby assigns to the Educational Credit Management Corporation (ECMC) its rights, title, and interest in those student loans in the enclosure to this letter.

Great Lakes Higher Education Guaranty Corporation specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

If you have any questions, please contact our Bankruptcy Specialist.

*Nancy Yarbe*
Bankruptcy Specialist

B10 (Official Form 10)
(Rev. 12/94)

| United States Bankruptcy Court<br>District of NEW JERSEY | PROOF OF CLAIM<br>Chapter 13 |
|---|---|
| In re (Name of Debtor)<br>Helt, Christopher E, 1330 | Case Number<br>10-40602-MBK |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of this case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br>T.H.E. CONSOL USB AS TRUSTEE / GLELSI on behalf of GREAT LAKES HIGHER EDUCATION GUARANTY CORP. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and Address Where Notices Should be Sent<br>GREAT LAKES EDUCATIONAL LOAN SERVICES<br>CLAIMS FILING UNIT, PO BOX 8973<br>MADISON, WI 53708-8973 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| Name and Address Where Payments Should Be Sent:<br>GREAT LAKES HIGHER EDUCATION GUARANTY CORP.<br>PO BOX 7858, MADISON, WI 53704-7858 | ■ Check box if the address differs from the address on the envelope sent to you by the court. |

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
10 NOV 12 AM 2:50
JAMES J. WALDRON
BY: [signature]
DEPUTY CLERK

THIS SPACE IS FOR COURT USE ONLY

Account or Other Number by Which Creditor Identifies Debtor:
**1330    863529**

Check here if this claim:  ☐ replaces a previously filed claim, dated _____
                          ☐ amends

1. BASIS FOR CLAIM:
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ■ Other (Describe briefly)    STUDENT LOAN(S)

   ☐ Retiree benefits as defined by 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensations (Fill out below)
   Your social security number _____
   Unpaid compensations for services performed
   from _____ to _____
   (date)        (date)

2. DATE DEBT WAS INCURRED:  3/29/2005    3/30/2005

3. IF COURT JUDGEMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured non-priority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describes your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

■ UNSECURED NONPRIORITY CLAIM **$24,308.75**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000),* earned no more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $1,800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a) _____

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
   **$24,308.75**  (Unsecured)   $ _____ (Secured)   $ _____ (Priority)   **$24,308.75** (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes debtor.
7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, and itemized statements of running accounts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>9-Nov-10 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>[signature] Gary L Gruchow, Account Correction Analyst 2, Claims Filing Unit (608) 246-1676<br>Agent for:   T.H.E. CONSOL USB AS TRUSTEE |
|---|---|

MAIL CLAIM TO:
U.S. Bankruptcy Court
CLERK OF COURT
402 E STATE ST
TRENTON, NJ
08608-1507

SERVICING
NOV 16 2010
CLAIMS FILING UNIT

**NOTE: DO NOT FILE CLAIM IF ONE HAS ALREADY BEEN FILED IN THIS CASE.**

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571